AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Milton Hilliard<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)          14-<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2009 to December 2010__ in the county of _____ in the _____ District of __the District of Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 29 U.S.C. 501(c) | Any person who embezzles, steals, or unlawfully and willfully abstracts or converts to his own use, or the use of another, any of the moneys, funds, securities, property, or other assets of a labor organization of which he is an officer, or by which he is employed, directly or indirectly, shall commit the offense. |

This criminal complaint is based on these facts:

See attached Affidavit of Yusef Joyner, Investigator, United States Department of Labor

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Yusef Joyner, Investigator, US Dept. of Labor
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/09/2014__

_____
*Judge's signature*

City and state: __Washington, District of Columbia__                 Magistrate Judge John M. Facciola
*Printed name and title*